ACCEPTED
14-15-00629-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 7:33:40 PM
CHRISTOPHER PRINE
CLERK

Veronica L. Davis
Attorney at Law
226 N. Mattson
West Columbia, Texas 77486
(979) 345-2953

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/9/2015 7:33:40 PM

CHRISTOPHER A. PRINE
Clerk

Honorable Christopher Prine
Fourteenth Court of Appeals
301 Fannin
Houston, Texas 77002

October 09, 2015

Re:    Cause No. 14-15-00629-CV; Haven Chapel United Methodist Church vs. Brazoria County and Michael Leebron

Dear Mr. Prine,

As indicated in my letter of August 26, 2015, I did not order the court reporter's record. No payment arrangements were made because this cause was decided by summary judgment. All information to support or overrule the grant or denial of summary judgment is part of the record.

The summary judgment proceeding was deliberately lengthy in order to make the record voluminous and cost prohibitive. Nothing in the proceedings will assist the court in resolution of the issues raised in the appeal of Appellant, which was previously tendered by a Petition for Mandamus and Rehearing thereon.

Thank you in advance for your consideration of this my second response regarding the court reporter's record.

Sincerely yours,

/s/ Veronica L. Davis

Veronica L. Davis